**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Steven D. SKAGGS, Defendant-Appellant.**

**No. 44492.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 22, 1983.

William G. Reeves, Farmington, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, Gary E. Stevenson Pros. Atty., Farmington, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction of receiving stolen property. § 570.080, RSMo 1978. The judgment of the trial court is affirmed pursuant to Rule 30.25.(b).